FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 1 2006

DAVID J. MALAND, CLERK
BY
DEPUTY BC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:06-CR- 155 |
| | * | Judge Heartfield |
| ANTHONY C. PRICE | * | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

COUNTS 1 - 15

On or about the below dates, in the Eastern District of Texas, ANTHONY C. PRICE, defendant herein, while an officer, that is, Business Agent and Recording Secretary of the International Longshoreman's Association, Local 1316, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use, the moneys and funds of said labor organization in the following amounts:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 1 | April 10, 2002 | $ 1,250.00 |
| 2 | July 24, 2002 | $ 750.00 |
| 3 | July 24, 2002 | $ 325.00 |
| 4 | October 17, 2002 | $ 750.00 |
| 5 | January 23, 2003 | $ 100.00 |
| 6 | January 23, 2003 | $ 750.00 |

| 7  | April 3, 2003    | $ 300.00   |
|----|------------------|------------|
| 8  | April 3, 2003    | $ 750.00   |
| 9  | June 26, 2003    | $ 300.00   |
| 10 | June 26, 2003    | $ 750.00   |
| 11 | January 13, 2004 | $ 2,100.00 |
| 12 | January 13, 2004 | $ 404.00   |
| 13 | July 14, 2004    | $ 600.00   |
| 14 | July 14, 2006    | $ 600.00   |
| 15 | July 14, 2004    | $ 572.25   |

all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

*Joyce Graham*
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

*Robert L. Rawls*
ROBERT L. RAWLS
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:06-CR- |
| | * | |
| ANTHONY C. PRICE | * | |

## NOTICE OF PENALTY

### COUNTS 1-15

Violation:  29 U.S.C. 501(c) (Embezzlement of Union Funds)

Penalty:  Not more than five (5) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment:      $100.00

3